IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2012 JUN 22 AM 8: 47
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| KENDRA SCOTT DESIGNS, INC., § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. A-12-CV-502-LY |
| § | |
| ANNE RYAN, LLC, ARABELLA § | |
| IMPORTS, LLC, AND DAVIN SHAW, § | |
| DEFENDANTS. § | |

## FINAL JUDGMENT

Before the court in the above styled and numbered cause of action is Plaintiff's Notice of Dismissal Without Prejudice, filed June 15, 2012 (Clerk's Doc. No. 5). Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that this case is **CLOSED**.

SIGNED this _21st_ day of June, 2012.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE